**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | |
| CESAR IVAN VARGAS QUINONES | CASE NO. 14-09404 BKT |
| DEBTOR(S) | Chapter 11 |
| CESAR IVAN VARGAS QUINONES | ADVERSARY NUMBER: 16-0108 BKT |
| PLAINTIFF(S) | |
| UNITED STATES OF AMERICA; INTERNAL REVENUE SERVICE; THE COMMONWEALTH OF PUERTO RICO; DEPARTMENT OF THE TREASURY OF PUERTO RICO; STATE INSURANCE FUND CORPORATION | **FILED & ENTERED ON 6/3/2016** |
| DEFENDANT(S) | |

**ORDER SETTING INITIAL SCHEDULING CONFERENCE**

TO THE ATTORNEY IN THE ABOVE CASE:

You are hereby notified that an initial scheduling conference in the above captioned case will be held on **9/14/2016 at 09:00 A.M.** at the U.S. Bankruptcy Court for the District of Puerto Rico, Jose V. Toledo Federal Building and Courthouse, 300 Recinto Sur, Second Floor, Courtroom #1, San Juan, Puerto Rico. This conference will be governed by Fed.R.Bankr.P. 7016 and P.R. LBR 7016-1.

IT IS SO ORDERED that each party be represented by the attorney who expects to conduct the actual trial. Failure to comply with this order may result in the imposition of any sanctions that the Court may deem appropriate including the dismissal of the case.

**Plaintiff is ordered to give notice of this order to Defendant(s) and file a certificate of service with the Court within fourteen (14) days.**

In San Juan, Puerto Rico, this 03 day of June, 2016.

Brian K. Tester
U.S. Bankruptcy Judge